# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00506-CV

**Beaumont Independent School District, Appellant**

**v.**

**Texas Education Agency; Michael L. Williams, in his Official Capacity as Commissioner of Education; and Karen Neild, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. D-1-GV-12-001701, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to voluntarily dismiss its appeal. Appellant states that it no longer wishes to pursue its appeal. Appellant certifies that it has conferred with appellees and that they do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   October 17, 2014